Fill in this information to identify your case:

Debtor 1    *Maurice*      *Symonette*
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the: *Southern* District of *Florida*

Case number    *16-20959*
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
**Value of what you own**

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................. $ *1,000,000.00*

   1b. Copy line 62, Total personal property, from *Schedule A/B* .......................................... $ *22,800.00*

   1c. Copy line 63, Total of all property on *Schedule A/B* ................................................... $ *1,022,800.00*

### Part 2:    Summarize Your Liabilities

**Your liabilities**
**Amount you owe**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ........... $ *1,500,000.00*

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ $ *0*

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...................................... + $ *0*

**Your total liabilities** $ *1,500,000.00*

### Part 3:    Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................................. $ *2000.00*

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ....................................................................... $ *1545.00*

Debtor 1 _____     Case number *(if known)*_____
         First Name      Middle Name      Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.

   $ 2000.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

   **Total claim**

   From Part 4 on *Schedule E/F*, copy the following:

   9a. Domestic support obligations (Copy line 6a.)     $ Ø

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     $ Ø

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     $ Ø

   9d. Student loans. (Copy line 6f.)     $ Ø

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     $ Ø

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)     + $ Ø

   9g. **Total.** Add lines 9a through 9f.     $ Ø

Fill in this information to identify your case and this filing:

Debtor 1    *Maxine*    *Symonette*
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *Southern* District of *Florida*

Case number    *16-20959 EPK*

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest in

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☐ Yes. Where is the property?

1.1  *3820 NE 166 St*
     Street address, if available, or other description

     *Miami*    *FL*  *33160*
     City        State   ZIP Code

     *Miami Dade*
     County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$ *400,000.00*    $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2  *10290 SW 57 St*
     Street address, if available, or other description

     *Miami*    *FL*  *33173*
     City        State   ZIP Code

     *Miami Dade*
     County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
$ *300,000.00*    $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ Check if this is community property (see instructions)

Debtor 1  _MAURICE_ _Symonette_
First Name    Middle Name    Last Name

Case number (if known) _16-20959_

**1.3.** _2920 NE 155th Pl._
Street address, if available, or other description

_Ft. Laud. Fla._
City    State    ZIP Code

_Broward_
County

**What is the property?** Check all that apply.

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _300,000.00_    $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

**2.** Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. .......................................................→    $ _1,000,000.00_

---

## Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3.** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- ☑ No
- ☐ Yes

**3.1.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _N/A_    $ _N/A_

If you own or have more than one, describe here:

**3.2.** Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:

**Who has an interest in the property?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$ _N/A_    $ _____

3.3. Make: _N/A_

Model: _____

Year: _____

Approximate mileage: _____

Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _N/A_   $ _____

3.4. Make: _N/A_

Model: _____

Year: _____

Approximate mileage: _____

Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _N/A_   $ _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☐ Yes

4.1. Make: _N/A_

Model: _____

Year: _____

Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _N/A_   $ _____

If you own or have more than one, list here:

4.2. Make: _N/A_

Model: _____

Year: _____

Other information:
_____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**

$ _N/A_   $ _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ......................................................................... → $ _____

Debtor 1  Maurice Symonette
First Name   Middle Name   Last Name

Case number (if known) 16-20959

---

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe......... Birds, Tables, China Cabinet, Sofas Dressers Chairs    $ 10,000.00

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe......... TV's, Computers, Cell Phone Cameras Speakers    $ 7500.00

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe......... Pictures + Paintings    $ 200.00

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe......... Pool Table    $ 800.00

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe......... None    $ 0

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe......... Pants, Shirts, Shoes, Coats    $ 1800.00

**12. Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe......... Watch's    $ 2500.00

**13. Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.........    $ 0

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. .............    $ 0

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ......................................... →    $ 22,800.00

Debtor 1    _Maurice_    _Symonette_
            First Name    Middle Name    Last Name

Case number (if known) _16-20959_

---

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes...................................................................................................................................................    Cash: ....................    $ ____Ø____

17. **Deposits of money**
    Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☑ No
    ☐ Yes.....................    Institution name:

    | | | |
    |---|---|---|
    | 17.1. Checking account: | N/A | $ Ø |
    | 17.2. Checking account: | N/A | $ Ø |
    | 17.3. Savings account: | N/A | $ Ø |
    | 17.4. Savings account: | N/A | $ Ø |
    | 17.5. Certificates of deposit: | N/A | $ Ø |
    | 17.6. Other financial account: | N/A | $ Ø |
    | 17.7. Other financial account: | N/A | $ Ø |
    | 17.8. Other financial account: | N/A | $ Ø |
    | 17.9. Other financial account: | N/A | $ Ø |

18. **Bonds, mutual funds, or publicly traded stocks**
    Examples: Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................    Institution or issuer name:

    | | |
    |---|---|
    | N/A | $ Ø |
    | N/A | $ Ø |
    | N/A | $ Ø |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No       Name of entity:                                    % of ownership:
    ☐ Yes. Give specific                                         0% ___%    $ Ø
       information about                                         0% ___%    $ Ø
       them.........................                             0% ___%    $ Ø

---

Debtor 1    _MAURICE_ _____ _SYMONETTE_    Case number *(if known)*___16-20959___
            First Name   Middle Name   Last Name

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific    Issuer name:
information about
them....................    N/A    $____Ø____
                                   $____Ø____
                           N/A     $____Ø____

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No

☐ Yes. List each    Type of account:    Institution name:
account separately.

                    401(k) or similar plan:    N/A            $____Ø____
                    Pension plan:                             $____Ø____
                    IRA:                                      $____Ø____
                    Retirement account:                       $____Ø____
                    Keogh:                                    $____Ø____
                    Additional account:                       $____Ø____
                    Additional account:    N/A                $____Ø____

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes..........................    Institution name or individual:

                    Electric:            N/A                  $____Ø____
                    Gas:                                      $____Ø____
                    Heating oil:                              $____Ø____
                    Security deposit on rental unit:          $____Ø____
                    Prepaid rent:                             $____Ø____
                    Telephone:                                $____Ø____
                    Water:                                    $____Ø____
                    Rented furniture:                         $____Ø____
                    Other:               N/A                  $____Ø____

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes..........................    Issuer name and description:

                                                             $____Ø____
                                                             $____Ø____
                                                             $____Ø____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❑ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| N/A | $ Ø |
| N/A | $ Ø |
| N/A | $ Ø |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❑ Yes. Give specific
    information about them....    | N/A | $ Ø |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❑ Yes. Give specific
    information about them....    | N/A | $ Ø |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❑ Yes. Give specific
    information about them....    | N/A | $ Ø |

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No

❑ Yes. Give specific information
    about them, including whether
    you already filed the returns
    and the tax years. ......................    | N/A |

| | |
|---|---|
| Federal: | $ Ø |
| State: | $ Ø |
| Local: | $ Ø |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

❑ Yes. Give specific information.............    | N/A |

| | |
|---|---|
| Alimony: | $ Ø |
| Maintenance: | $ Ø |
| Support: | $ Ø |
| Divorce settlement: | $ Ø |
| Property settlement: | $ Ø |

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
    Social Security benefits; unpaid loans you made to someone else

☑ No

❑ Yes. Give specific information.............    | N/A | $ |

Debtor 1   _MAURICE_ _Symonette_
First Name   Middle Name   Last Name

Case number (if known) _16-20959_

## 31. Interests in insurance policies

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No

❑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _N/A_ | | $ _0_ |
| | | $ _0_ |
| | | $ _0_ |

## 32. Any interest in property that is due you from someone who has died

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

❑ Yes. Give specific information.............   _N/A_   $ _0_

## 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

❑ Yes. Describe each claim. ...................   _N/A_   $ _0_

## 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☑ No

❑ Yes. Describe each claim. ...................   _N/A_   $ _0_

## 35. Any financial assets you did not already list

☑ No

❑ Yes. Give specific information............   _N/A_   $ _0_

## 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here .................................................................................................   →   $ _0_

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

## 37. Do you own or have any legal or equitable interest in any business-related property?

☑ No. Go to Part 6.

❑ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

## 38. Accounts receivable or commissions you already earned

☑ No

❑ Yes. Describe.......   $ _____

## 39. Office equipment, furnishings, and supplies

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No

❑ Yes. Describe.......   $ _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No

☐ Yes. Describe....... $_____

**41. Inventory**

☐ No

☐ Yes. Describe....... $_____

**42. Interests in partnerships or joint ventures**

☐ No

☐ Yes. Describe....... Name of entity: % of ownership:

_____ ____% $_____
_____ ____% $_____
_____ ____% $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No

☐ Yes. Describe....... $_____

**44. Any business-related property you did not already list**

☑ No

☐ Yes. Give specific information .........

$_____
$_____
$_____
$_____
$_____
$_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ........................................... → $ Ø

**Part 6:  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No

☐ Yes........................ $_____

**48. Crops—either growing or harvested**

☑ No

☐ Yes. Give specific information............. | | $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No

☐ Yes......................... | | $_____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes......................... | | $_____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific information............. | | $_____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................................................... → $ _Ø_

---

**Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above**

**53. Do you have other property of any kind you did not already list?**

_Examples:_ Season tickets, country club membership

☑ No

☐ Yes. Give specific information............. | | $_____ / $_____ / $_____

**54. Add the dollar value of all of your entries from Part 7. Write that number here** ................................. → $ _Ø_

---

**Part 8:   List the Totals of Each Part of this Form**

**55. Part 1: Total real estate, line 2** ............................................................................................................... → $1,000,000.00

**56. Part 2: Total vehicles, line 5** | $ _Ø_

**57. Part 3: Total personal and household items, line 15** | $ _22,800.00_

**58. Part 4: Total financial assets, line 36** | $ _Ø_

**59. Part 5: Total business-related property, line 45** | $ _Ø_

**60. Part 6: Total farm- and fishing-related property, line 52** | $ _Ø_

**61. Part 7: Total other property not listed, line 54** | + $ _Ø_

**62. Total personal property. Add lines 56 through 61.** ................... | $ _22,800.00_ | Copy personal property total → + $ _22,800.00_

**63. Total of all property on Schedule A/B. Add line 55 + line 62.** ...................................................................... $ _1,022,800.00_

Fill in this information to identify your case:

Debtor 1    *MAURICE*              *Symonette*
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *Southern* District of *Florida*

Case number   *16-20959*
(If known)

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                           04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| Brief description: _____  Line from *Schedule A/B:* _____ | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____  Line from *Schedule A/B:* _____ | $_____ | ☐ $_____  ☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☑ No
      ☐ Yes

Debtor 1 _Maurice_ _Symonette_
First Name   Middle Name   Last Name

Case number (if known) _16-20969_

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B*: _____ | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Fill in this information to identify your case:

Debtor 1 _MAURICE_ _Symonette_
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: _Southern_ District of _FL._

Case number _16-20959_
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

<table>
<tr><td colspan="2"><strong>Part 1:    List All Secured Claims</strong></td><td></td><td></td><td></td></tr>
<tr><td colspan="2">2. <strong>List all secured claims.</strong> If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.</td><td><strong>Column A</strong><br>Amount of claim<br>Do not deduct the value of collateral.</td><td><strong>Column B</strong><br>Value of collateral that supports this claim</td><td><strong>Column C</strong><br>Unsecured portion<br>If any</td></tr>
</table>

**2.1** _JPMorgan Chase Bank_
Creditor's Name
_P.O. Box 100576_
Number        Street

_Florence SC.    29501-0576_
City        State    ZIP Code

**Describe the property that secures the claim:**
_5 Bed, 6 Bath, House Swimming Pool with front Property_

$_____    $ _400,000.00_  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _5 6 5 7_

**2.2** _JPMorgan Chase Bank_
Creditor's Name
_P.O. Box 78148_
Number        Street

_Phoenix AZ.    85062_
City        State  ZIP Code

**Describe the property that secures the claim:**
_6 Bedroom, 5 Bath, Swimming Pool also waterfront Property_

$_____    $ _300,600.00_  $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _3 9 3 8_

Add the dollar value of your entries in Column A on this page. Write that number here:    $_____

Debtor 1   _UIHIULICE_ _____ _Syllionette_
First Name   Middle Name   Last Name

Case number (if known) _16-20959_

| Part 1: | **Additional Page** | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

---

Creditor's Name: _Homecommings Financial_

Number/Street: _Bankruptcy Dept._

_P.O. Box 939072_

City: _San Diego Ca._   State: ___   ZIP Code: _92193-9072_

**Describe the property that secures the claim:**

_Same As Above_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Column A: $_____   Column B: $ _300,000.00_   Column C: $_____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _8 4 7 5_

---

Creditor's Name: _HSBC Bank / Kass Shuler P.A._

Number/Street: _Attorneys for HSBC_

_1505 N. Florida Ave._

City: _Tampa_   State: _Fla._   ZIP Code: _33602_
_813-229-0900_

**Describe the property that secures the claim:**

_5 Bedroom House, 4 Bath, Swimming Pool, including Cottage_

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Column A: $ _500,000.00_   Column B: $_____   Column C: $_____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Creditor's Name: _____

Number/Street: _____

City: ___ State: ___ ZIP Code: ___

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Column A: $_____   Column B: $_____   Column C: $_____

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here: $ _15,000,000_

If this is the last page of your form, add the dollar value totals from all pages. Write that number here: $ _Same_

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | *Maurice*  First Name | *Symonette*  Middle Name    Last Name |
| Debtor 2  (Spouse, if filing) First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _Southern_ District of _Florida_

Case number _16-20959_  
(If known)

☐ Check if this is an amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☑ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

_____  
Priority Creditor's Name

_____  
Number        Street

_____

_____  
City          State      ZIP Code

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**  
☐ No  
☐ Yes

Last 4 digits of account number __ __ __ __     $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Type of PRIORITY unsecured claim:**  
☐ Domestic support obligations  
☐ Taxes and certain other debts you owe the government  
☐ Claims for death or personal injury while you were intoxicated  
☐ Other. Specify _____

N/A

**2.2**

_____  
Priority Creditor's Name

_____  
Number        Street

_____

_____  
City          State      ZIP Code

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**  
☐ No  
☐ Yes

Last 4 digits of account number __ __ __ __     $_____  $_____  $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Type of PRIORITY unsecured claim:**  
☐ Domestic support obligations  
☐ Taxes and certain other debts you owe the government  
☐ Claims for death or personal injury while you were intoxicated  
☐ Other. Specify _____

N/A

**Part 2:**  **List All of Your NONPRIORITY Unsecured Claims**

3. Do any creditors have nonpriority unsecured claims against you?

☑ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1**

Nonpriority Creditor's Name

Number     Street

City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

**4.2**

Nonpriority Creditor's Name

Number     Street

City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

**4.3**

Nonpriority Creditor's Name

Number     Street

City          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

$_____

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

_____
Name

_____
Number      Street

_____

_____
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (_Check one_): ❑ Part 1: Creditors with Priority Unsecured Claims
                              ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number      Street

_____

_____
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (_Check one_): ❑ Part 1: Creditors with Priority Unsecured Claims
                              ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number      Street

_____

_____
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (_Check one_): ❑ Part 1: Creditors with Priority Unsecured Claims
                              ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number      Street

_____

_____
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (_Check one_): ❑ Part 1: Creditors with Priority Unsecured Claims
                              ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number      Street

_____

_____
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (_Check one_): ❑ Part 1: Creditors with Priority Unsecured Claims
                              ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number      Street

_____

_____
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (_Check one_): ❑ Part 1: Creditors with Priority Unsecured Claims
                              ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

_____
Name

_____
Number      Street

_____

_____
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (_Check one_): ❑ Part 1: Creditors with Priority Unsecured Claims
                              ❑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

                                                                        **Total claim**

**Total claims**     6a. **Domestic support obligations**                6a.   $ _____N/A_____
**from Part 1**
                     6b. **Taxes and certain other debts you owe the     6b.   $ _____N/A_____ -
                         government**

                     6c. **Claims for death or personal injury while you were   6c.   $ _____N/A_____
                         intoxicated**

                     6d. **Other.** Add all other priority unsecured claims.   6d. + $ _____0_____
                         Write that amount here.

                     6e. **Total.** Add lines 6a through 6d.                6e.
                                                                                  $ _____0_____

                                                                        **Total claim**

**Total claims**     6f. **Student loans**                                6f.   $ _____0_____
**from Part 2**
                     6g. **Obligations arising out of a separation agreement   6g.   $ _____0_____
                         or divorce that you did not report as priority
                         claims**

                     6h. **Debts to pension or profit-sharing plans, and other   6h.   $ _____0_____
                         similar debts**

                     6i. **Other.** Add all other nonpriority unsecured claims.   6i. + $ _____0_____
                         Write that amount here.

                     6j. **Total.** Add lines 6f through 6i.                6j.
                                                                                  $ _____0_____

Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor | MAURICE *First Name* | Symonette *Last Name* |
| | *First Name* | *Middle Name* | *Last Name* |
| Debtor 2 (Spouse if filing) | *First Name* | *Middle Name* | *Last Name* |

United States Bankruptcy Court for the: Southern District of FL.

Case number (if known) 16-20959

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State    ZIP Code | |
| **2.2** _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State    ZIP Code | N/A |
| **2.3** _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State    ZIP Code | |
| **2.4** _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State    ZIP Code | |
| **2.5** _____<br>Name<br>_____<br>Number    Street<br>_____<br>City         State    ZIP Code | |

Fill in this information to identify your case:

Debtor 1 *Maurice* *Symionette*
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: *Southern* District of *FL-*

Case number *16-20959*
(If known)

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No

      ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

      _____
      Name of your spouse, former spouse, or legal equivalent

      _____
      Number       Street

      _____
      City                State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F,* **or** *Schedule G* **to fill out Column 2.**

   *Column 1:* Your codebtor

   *Column 2:* The creditor to whom you owe the debt

   Check all schedules that apply:

   **3.1**
   _____
   Name
   ☐ Schedule D, line _____
   _____
   Number       Street
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   _____
   City                State              ZIP Code

   **3.2**
   _____
   Name
   ☐ Schedule D, line _____
   _____
   Number       Street
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   _____
   City                State              ZIP Code

   **3.3**
   _____
   Name
   ☐ Schedule D, line _____
   _____
   Number       Street
   ☐ Schedule E/F, line _____
   ☐ Schedule G, line _____
   _____
   City                State              ZIP Code

---

Fill in this information to identify your case:

Debtor 1 *Maurice*        *Symonette*
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: *Southern* District of *FL.*

Case number *16-20959*
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | _____ | _____ |
| **Employer's name** | _____ | _____ |
| **Employer's address** | _____<br>Number   Street<br><br>_____<br>City    State   ZIP Code | _____<br>Number   Street<br><br>_____<br>City    State   ZIP Code |
| **How long employed there?** | _____ | _____ |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   $ *0* | $_____ |
| 3. | Estimate and list monthly overtime pay. | 3. +$ *0* | + $_____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.   $ *0* | $_____ |

Debtor 1    *MAURICE* *Symonette*
First Name    Middle Name    Last Name

Case number (if known) *16-20959*

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here............................................................ → 4. | $ *∅* | $ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ *∅* | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ *∅* | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ *∅* | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ *∅* | $ |
| 5e. Insurance | 5e. | $ *∅* | $ |
| 5f. Domestic support obligations | 5f. | $ *∅* | $ |
| 5g. Union dues | 5g. | $ *∅* | $ |
| 5h. Other deductions. Specify: _____ | 5h. + $ *∅* | + $ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $ *∅*    $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ *∅*    $

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. Net income from rental property and from operating a business, profession, or farm | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ *∅* | $ |
| 8b. Interest and dividends | 8b. | $ *∅* | $ |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ *∅* | $ |
| 8d. Unemployment compensation | 8d. | $ *∅* | $ |
| 8e. Social Security | 8e. | $ *∅* | $ |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ *∅* | $ |
| 8g. Pension or retirement income | 8g. | $ *∅* | $ |
| 8h. Other monthly income. Specify: _____ | 8h. + $ *∅* | + $ |

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $ *∅*    $

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ *∅*   +   $    =   $ *∅*

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: *MY LIVE IN GULFRIEND GIVES ME MONEY EVERY MONTH*    11. + $ *2000.00*

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    $*2000-00*
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain:    *I don't know*

Fill in this information to identify your case:

Debtor 1    _Maurice_____ _Symonette_____
           First Name    Middle Name    Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: _Southern_ District of _FL._

Case number    _16-20959_____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
  expenses as of the following date:

  _____
  MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**          ☑ No

   Do not list Debtor 1 and       ☐ Yes. Fill out this information for
   Debtor 2.                              each dependent..........................

   Do not state the dependents'
   names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |
| | _____ | _____ | ☐ No / ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.**    4.    $ _____0_____

   If not included in line 4:

   4a.  Real estate taxes    4a.    $ _____0_____

   4b.  Property, homeowner's, or renter's insurance    4b.    $ _____0_____

   4c.  Home maintenance, repair, and upkeep expenses    4c.    $ _1,900.00_

   4d.  Homeowner's association or condominium dues    4d.    $ _____0_____

Debtor 1    _MAURICE_        _Symouette_              Case number (if known) _16-20909_
         First Name    Middle Name    Last Name

|  |  | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ _Ø_ |
| 6. **Utilities:** |  |  |
| 6a.  Electricity, heat, natural gas | 6a. | $ _80.00_ |
| 6b.  Water, sewer, garbage collection | 6b. | $ _65.00_ |
| 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ _60.00_ |
| 6d.  Other. Specify: _____ | 6d. | $ _Ø_ |
| 7. **Food and housekeeping supplies** | 7. | $ _200.00_ |
| 8. **Childcare and children's education costs** | 8. | $ _Ø_ |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ _30.00_ |
| 10. **Personal care products and services** | 10. | $ _20.00_ |
| 11. **Medical and dental expenses** | 11. | $ _Ø_ |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ _200.00_ |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ _50.00_ |
| 14. **Charitable contributions and religious donations** | 14. | $ _Ø_ |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a.  Life insurance | 15a. | $ _Ø_ |
| 15b.  Health insurance | 15b. | $ _Ø_ |
| 15c.  Vehicle insurance | 15c. | $ _Ø_ |
| 15d.  Other insurance. Specify:_____ | 15d. | $ _Ø_ |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ _Ø_ |
| 17. **Installment or lease payments:** |  |  |
| 17a.  Car payments for Vehicle 1 | 17a. | $ _Ø_ |
| 17b.  Car payments for Vehicle 2 | 17b. | $ _Ø_ |
| 17c.  Other. Specify:_____ | 17c. | $ _Ø_ |
| 17d.  Other. Specify:_____ | 17d. | $ _Ø_ |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ _Ø_ |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ _Ø_ |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** |  |  |
| 20a.  Mortgages on other property | 20a. | $ _Ø_ |
| 20b.  Real estate taxes | 20b. | $ _Ø_ |
| 20c.  Property, homeowner's, or renter's insurance | 20c. | $ _Ø_ |
| 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ _Ø_ |
| 20e.  Homeowner's association or condominium dues | 20e. | $ _Ø_ |

Debtor 1    _MAURICE_ _Symonette_
            First Name    Middle Name    Last Name

Case number (if known) _16-20959_

21.  **Other. Specify:** _____

21.  **+$** _0_

22.  **Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22a. $ _1545.00_

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2

22b. $ _0_

22c. Add line 22a and 22b. The result is your monthly expenses.

22c. $ _1545.00_

23.  **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a. $ _2000.00_

23b. Copy your monthly expenses from line 22c above.

23b. –$ _1545.00_

23c. Subtract your monthly expenses from your monthly income.
     The result is your *monthly net income.*

23c. $ _455.00_

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☐ Yes.    Explain here:    _MAYBE_

Fill in this information to identify your case:

Debtor 1 _Maurice_ _____ _Symonette_
First Name       Middle Name       Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _16-20959_
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J-2

# Schedule J-2: Expenses for Separate Household of Debtor 2   12/15

Use this form for Debtor 2's separate household expenses ONLY IF Debtor 1 and Debtor 2 maintain separate households. *If Debtor 1 and Debtor 2 have one or more dependents in common, list the dependents on both Schedule J and this form. Answer the questions on this form only with respect to expenses for Debtor 2 that are not reported on Schedule J.* Be as complete and accurate as possible. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Do you and Debtor 1 maintain separate households?**

   ☑ No. Do not complete this form.
   ☐ Yes

2. **Do you have dependents?**

   Do not list Debtor 1 but list all other dependents of Debtor 2 regardless of whether listed as a dependent of Debtor 1 on Schedule J.

   Do not state the dependents' names.

   ☐ No
   ☐ Yes. Fill out this information for each dependent............

| Dependent's relationship to Debtor 2: | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself, your dependents, and Debtor 1?**

   ☐ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.
   4. $ N/A

   **If not included in line 4:**

   4a.  Real estate taxes                                   4a. $_____

   4b.  Property, homeowner's, or renter's insurance        4b. $_____

   4c.  Home maintenance, repair, and upkeep expenses       4c. $_____

   4d.  Homeowner's association or condominium dues          4d. $ N/A

Debtor 1 _Maurice_ _Symonette_  Case number (if known) _16-20959_
First Name   Middle Name   Last Name

| | | | Your expenses |
|---|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. | $ _N/A_ |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ |
| | 6b. Water, sewer, garbage collection | 6b. | $ |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ |
| | 6d. Other. Specify: _____ | 6d. | $ |
| 7. | **Food and housekeeping supplies** | 7. | $ |
| 8. | **Childcare and children's education costs** | 8. | $ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ |
| 10. | **Personal care products and services** | 10. | $ |
| 11. | **Medical and dental expenses** | 11. | $ |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ |
| 14. | **Charitable contributions and religious donations** | 14. | $ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | $ |
| | 15b. Health insurance | 15b. | $ |
| | 15c. Vehicle insurance | 15c. | $ |
| | 15d. Other insurance. Specify:_____ | 15d. | $ |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ |
| | 17b. Car payments for Vehicle 2 | 17b. | $ |
| | 17c. Other. Specify:_____ | 17c. | $ |
| | 17d. Other. Specify:_____ | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | $ |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a. Mortgages on other property | 20a. | $ |
| | 20b. Real estate taxes | 20b. | $ |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ |
| | 20e. Homeowner's association or condominium dues | 20e. | $ |

Debtor 1   *Maurice*   *Symonette*
          First Name   Middle Name   Last Name

Case number (if known) *16-20959*

21. **Other.** Specify: _____

21.   **+$**_____

22. **Your monthly expenses.** Add lines 5 through 21.
    The result is the monthly expenses of Debtor 2.  Copy the result to line 22b of Schedule J to calculate the
    total expenses for Debtor 1 and Debtor 2.

22.   $_____

23. Line not used on this form.

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

❏ No.

❏ Yes.   Explain here:

Fill in this information to identify your case:

Debtor 1  _Maurice_  _Symonette_
First Name        Middle Name        Last Name

Debtor 2  _____
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the _Southern_ District of _FL_

Case number  _16-20959_
(If known)

❑ Check if this is an amended filing

## Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

❑ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✗ _____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date _08/ /2016_
    MM / DD / YYYY

Date _____
    MM / DD / YYYY

**Fill in this information to identify your case:**

Debtor 1   *MAURICE*            *Simonette*
           First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: *Southern* District of *Fl.*

Case number   *16-20959*
(if known)

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____  To _____ | Number   Street | From _____  To _____ |
| City          State   ZIP Code | | City          State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number    Street | From _____  To _____ | Number   Street | From _____  To _____ |
| City          State   ZIP Code | | City          State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2:   Explain the Sources of Your Income

Debtor 1 _MAURICE_ _Symonette_
First Name   Middle Name   Last Name

Case number (if known) _16-20969_

---

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ |
| **For last calendar year:** (January 1 to December 31, _____ ) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ |
| **For the calendar year before that:** (January 1 to December 31, _____ ) YYYY | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ | ☐ Wages, commissions, bonuses, tips ☐ Operating a business | $ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, _____ ) YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, _____ ) YYYY | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

Debtor 1    *Maurice*    Middle Name    *Simonette*    Case number *(if known)* 16-20959
First Name        Last Name

---

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ **No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☑ **No. Go to line 7.**

☐ **Yes.** List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ **No. Go to line 7.**

☐ **Yes.** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |
| Creditor's Name | _____ | $_____ | $_____ | ☐ Mortgage ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors ☐ Other _____ |
| Number    Street | _____ | | | |
| City    State    ZIP Code | _____ | | | |

---

Debtor 1 _Maurice_ _Symonette_
First Name   Middle Name   Last Name

Case number (if known) _16-20959_

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

❑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

❑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |
| Insider's Name | | $ | $ | |
| Number    Street | | | | |
| | | | | |
| City    State    ZIP Code | | | | |

Debtor 1   Maurice                Simonette
         First Name    Middle Name        Last Name

Case number (if known)  16-20959

---

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title _District Court_ _Lawsuit_ | Civil Lawsuit Against wrongful Foreclosure, Fraud, Damage to Property, undist Enrichment Dodesn violation of Bankruptcy etc. | United States District Court<br>Court Name: _Southern District of Florida_<br>Number Street: _400 N Miami Ave._<br>City: _Miami_ State: _Fl._ ZIP Code: _33128_ | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| Case number _15-CV-23915 HWK_ | | | |
| Case title _APPEAL_ | | THE Third district Court<br>Court Name: _OF APPEAL OF Florida_<br>Number Street: _2001 SW 117TH AVE_<br>City: _Miami_ State: _Fl._ ZIP Code: _33175-1716_ | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number _3D15-1672_ | | | |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| Creditor's Name: _Morgan Chase Bank_<br>Number Street: _3720 NE 165 st_<br>City: _Miami_ State: _Fla._ ZIP Code: _33160_ | Two story 5 Bedroom House six bath, swimming pool Ocean Front Property<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _7/1/15_ | $ |
| Creditor's Name: _HSBC Bank USA NA_<br>Number Street: _Kass Shuler, PA._ _1505 N. Florida Ave._<br>City: _Tampa_ State: _Fl._ ZIP Code: _33602_ | <br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☑ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _10/27/15_ | $ |

---

Debtor 1    _MAURICE_ _Symonette_
            First Name    Middle Name    Last Name

Case number (if known)  _16-20959_

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

❑ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name | | | |
| Number    Street | | _____ | $_____ |
| City    State    ZIP Code | Last 4 digits of account number: XXXX–___ ___ ___ ___ | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

❑ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

❑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift | | _____ | $_____ |
| | | _____ | $_____ |
| Number    Street | | | |
| City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1   _MAURICE_   _Simonetto_
           First Name   Middle Name   Last Name

Case number (if known) _16-20959_

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | $_____ |
| | | | $_____ |
| Number   Street | | | |
| City   State   ZIP Code | | | |

## Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

## Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number   Street | | | $_____ |
| | | | $_____ |
| City   State   ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1  *Maurice*  *Symonette*                  Case number (if known) *16-20959*
          First Name   Middle Name   Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | $ |
| Number   Street | | | |
| | | | $ |
| City        State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | $ |
| Number   Street | | | |
| | | | $ |
| City        State    ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| | | | |
| Number   Street | | | |
| | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| | | | |
| Number   Street | | | |
| | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1 _Maurice_ _Symonette_
First Name   Middle Name   Last Name

Case number (if known) _16-20959_

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Description and value of the property transferred | Date transfer was made |
| --- | --- |
| Name of trust _____ | |

---

<table>
<tr><td colspan="5">**Part 8:** **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**</td></tr>
</table>

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| Name of Financial Institution _____<br><br>Number   Street _____<br><br>_____<br>City   State   ZIP Code | XXXX-___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br><br>Number   Street _____<br><br>_____<br>City   State   ZIP Code | XXXX-___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☐ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |
| | | | ☐ No<br>☐ Yes |
| Name of Financial Institution _____<br><br>Number   Street _____<br><br>_____<br>City   State   ZIP Code | Name _____<br><br>Number   Street _____<br><br>_____<br>City   State   ZIP Code | | |

Debtor 1 _MAURICE_ _Symonette_    Case number (if known) _16-20959_
First Name   Middle Name   Last Name

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| Number   Street | Number   Street | | |
| | City State ZIP Code | | |
| City   State   ZIP Code | | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| | City   State   ZIP Code | | |
| City   State   ZIP Code | | | |

---

Debtor 1 _Mauricio_ _Simonette_
First Name    Middle Name    Last Name

Case number (if known) _16-20959_

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number   Street | Number   Street | | |
| City   State   ZIP Code | City   State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title_____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City   State   ZIP Code | | |

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |
| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
| Business Name | | EIN: __ __ - __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City   State   ZIP Code | | From _____ To _____ |

Debtor 1    *MAURICE*    *SYMONOTTE*    Case number *(if known)*  *16-20959*
First Name    Middle Name    Last Name

| | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ __ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| City         State      ZIP Code | | From _____ To _____ |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

|  | Date issued |
|---|---|
| Name | MM / DD / YYYY |
| Number   Street | |
| City         State      ZIP Code | |

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _____        ✗ _____
  **Signature of Debtor 1**                       **Signature of Debtor 2**

Date __/ /16__                              Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

In re:                                    Case No.  *16 - 20959*
                                          Chapter

*Maurice Symonette* Debtor          /



### DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING
### CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[✓]  The paper filed **adds** creditor(s) as reflected on the underlined list (include name and address of each creditor being added). I have:
1.  remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2.  provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3.  provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
4.  filed an amended schedule(s) and summary of schedules; and
5.  filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[  ]  The paper filed **deletes** a creditor(s) as reflected on the underlined list (include name and address of each creditor being deleted). I have:
1.  remitted the required fee;
2.  provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.  filed an amended schedule(s) and summary of schedules.

[  ]  The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the underlined list. I have:
1.  provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
2.  filed an amended schedule(s) or other paper.

[  ]  The paper filed **corrects** schedule D or E/F amount(s) or classification(s). I have:
1.  remitted the required fee;
2.  provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.  filed an amended schedule(s) and summary of schedules.

[  ]  None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It □ does □ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: _____

_____        _____
Attorney for Debtor (or Debtor, if pro se)       Joint Debtor (if applicable)

_____        _____
Print Name                                        Address

_____        _____
Florida Bar Number                                Phone Number

LF-4 (rev. 12/01/15)