

**ORDERED in the Southern District of Florida on February 2, 2017.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                       Case No. 16-20959 -BKC- EPK
Maurice Symonette                                                Chapter 7

_____Debtor_____/

**ORDER REINSTATING CASE**

An Order Dismissing Case for Failure to Pay Filing Fees was entered on 01/25/2017.
The court, upon determination that the debtor has paid the total filing fee due in this case, **ORDERS** as follows:

☐ This case is reinstated. Because this case was dismissed prior to the meeting of creditors being held, the meeting of creditors set for _____ is/was canceled. In accordance with Local Rules 3002-1(B)(2)(a), 4004-2(B)(1) and 4007-1(B)(1), the clerk's office will provide notice to all parties of record of the date of the rescheduled meeting of creditors and any applicable reset deadlines . *Or*

☐ This case is reinstated. This case was dismissed after the meeting of creditors was held. In accordance with Local Rules 3002-1(B)(2)(b), 4004-2(B)(2) and 4007-1(B)(2):

   **A.** The deadlines for filing an adversary complaint objecting to discharge and/or dischargeability:

   ☐ expired prior to dismissal of this case. No new deadlines shall be set.

   ☐ have been reset to _____.

(rev. 12/01/15)

B. The deadline for filing a proof of claim is:

☐ not applicable.  This case has been designated as a no asset case and no claims bar date has been established at this time.

☑ not applicable.  The deadline expired prior to dismissal of this case.  No new deadline shall be set.

☐ _____.  Claims should be filed using the form and the instructions provided with this Order.

**###**

**Copies to:**
All parties of record by Clerk

(rev. 12/01/15)