

ORDERED in the Southern District of Florida on May 25, 2017.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

MAURICE SYMONETTE                    CASE NO.: 16-20959-EPK
                                     CHAPTER: 7
        DEBTOR(S).
_____/

**ORDER GRANTING POST-SALE MOTION FOR RELIEF FROM AUTOMATIC STAY**

**THIS CAUSE** came before the Court at a hearing on May 17, 2017 at 9:30 a.m. upon the Post-Sale Motion for Relief from the Automatic Stay filed by **HSBC Bank USA, National Association as Trustee for Nomura Home Equity Loan, Inc., AssetBacked Certificates, Series 2007-1** (the "Movant") on May 4, 2017 (DE #56). The Court being otherwise more fully advised in the premises, it is:

**ORDERED:**

1. The Post-Sale Motion for Relief from the Automatic Stay is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to the real property known as:

**MILLER DRIVE ESTATES, PB 46-37, LOT IRREGULAR, BLOCK, N1/2 OF W1/2 OF TR 23 OF PUBLIC RECORD, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

**AKA: 10290 S.W. 58TH STREET, MIAMI, FL 33173**

3. This order lifting the automatic stay is entered for the purpose of allowing the Movant to pursue its lawful *in rem* remedies as to the above described property and said Movant shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor(s).

5. This Order is entered for the sole purpose of allowing Movant, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the property described above. Movant may also commence and/or continue to pursue loss mitigation options, including, but not limited to, forbearance, loan modification, refinance, and deed in lieu of foreclosure.

6. This Order is also entered for the purpose of allowing the Movant and the Debtor to pursue matters in state court; however, this Order shall not be interpreted as indicating that such matters exist.

###

*Attorney, Ashleigh C. McKenzie, Esq. shall serve a copy of the signed order on all required parties and file a certificate of service as required under Local Rule 2002-1(F).*

**Submitted by:**
Ashleigh C. McKenzie, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2018
Facsimile: (813) 221-9171
bkfl@albertellilaw.com