

**ORDERED in the Southern District of Florida on June 21, 2017.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                     Case No. 16-20959-EPK

MAURICE SYMONETTE,                         Chapter 13

    Debtor.
_____/

### ORDER CONVERTING CASE UNDER CHAPTER 7 TO CASE UNDER CHAPTER 13

This matter came before the Court for hearing on June 21, 2017 upon the *Motion to Convert Chapter 7* [ECF No. 60] (the "Motion") filed by Maurice Symonette (the "Debtor") pursuant to 11 U.S.C. § 706(a).  For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES as follows:

1. The Motion [ECF No. 60] is GRANTED.

2. This chapter 7 bankruptcy case is hereby CONVERTED to a case under chapter 13 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*

3. Within 30 days from the entry of this Order, the chapter 7 trustee shall file:

    a. A final accounting of all receipts and disbursements made in the above-

      captioned Chapter 7 bankruptcy case; and

   b. A report on the administration of the case pursuant to 11 U.S.C. § 704(a)(9).

4. The chapter 7 trustee forthwith shall turn over to the Debtor all records and property of the estate remaining in the chapter 7 trustee's custody and control.

5. The Debtor shall provide notice to affected parties of the deadline set pursuant to Local Rule 1019-1(J)(1) for filing by a nongovernmental unit a request for payment of an administrative expense.

6. Within 14 days from the entry of this Order, the Debtor shall file the following documents: Summary of Schedules, Schedules A-J, Statement of Financial Affairs, Declaration Concerning Debtor's Schedules, Statement of Monthly Income and Disposable Income Calculation, and Payment Advices.

7. Within 14 days from the entry of this Order, the Debtor shall file a chapter 13 plan using the Local Form required by Local Rule 3015-1(B)(1). Amendments to the plan shall be filed by the deadline set forth in Local Rule 3015-2.

8. Within 30 days from the entry of this Order, the Debtor shall commence plan payments to the chapter 13 trustee in the manner prescribed by that trustee as required by Local Rule 3070-1(A). If, at the first meeting of creditors, the Debtor is not current in plan payments under the plan as originally filed, the chapter 13 trustee may submit a proposed order dismissing the Debtor's chapter 13 case and the case may be dismissed without further notice or hearing. Dismissal shall be with prejudice to the Debtor filing any bankruptcy case for a period of 180 days from entry of the order of dismissal. *See* Local Rule 3070-1(C)(1).

9. The Debtor shall file, no later than the date of the last payment made as

required by the plan or the filing of a motion for entry of a discharge under 11 U.S.C. § 1328(b), "Certification About a Financial Management Course" (Official Form 423) [*See* Bankruptcy Rules 1007(b)(7)(A) and (c)] (unless the course provider files a certificate of completion on the Debtor's behalf).

10. Failure of the Debtor to comply with the provisions of this Order may result in dismissal of this case without further notice or hearing.

### 

Copy furnished to:

All parties of record by the Clerk of Court